# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3589

_____

United States of America,               *

                                      *

          Appellee,           *     Appeal from the United States

                                      *     District Court for the Eastern

      v.                   *     District of Missouri.

                                        *

Daniel Raymond Koehler,       *      [UNPUBLISHED]

                                        *

          Appellant.        *

_____

Submitted: June 11, 1999
Filed: June 21, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Having been convicted of drug-related offenses, Daniel Raymond Koehler filed his notice of appeal twelve days after judgment was entered in the district court. Although Koehler's notice of appeal is untimely, see Fed. R. App. P. 4(b)(1)(A), we remand the case to the district court to determine whether Koehler's time for filing a notice of appeal should be extended under Fed. R. App. P. 4(b)(4). See United States v. Petty, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT